IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.

767 BUILDING, LLC and 441 & 541
BUILDING, LLC,

        Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

        Defendant.

_____

## DEFENDANT, ALLSTATE INSURANCE COMPANY'S, NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendant, ALLSTATE INSURANCE COMPANY (hereinafter "Defendant" or "ALLSTATE"), a foreign corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. §1446, hereby files this Notice of Removal, in order to Remove the above-captioned civil action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United District Court for the Southern District of Florida. The above-captioned civil action is entitled *767 Building, LLC AND 441 & 541 Building, LLC v. Allstate Insurance Company, a foreign insurance corporation*, Case No.: 09-66557 02 (hereinafter "State Court Action"). The grounds for Removal are the following:

1.     ALLSTATE is the Defendant in a civil action brought by Plaintiffs, 767 Building, LLC and 441 & 541 Building, LLC (hereinafter "Plaintiffs"), in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, which is located within the Ft. Lauderdale Division of the United States District Court for the Southern District of Florida. The action is a suit between citizens of different states in which the amount in controversy exceeds

$75,000.00. ALLSTATE is entitled to remove this action because this Honorable Court has original jurisdiction based on diversity of citizenship as provided by 28 U.S.C. § 1332.

2.      The Complaint was filed in the state court on or about December 7, 2009, and alleges, *inter alia*, breach of contract, and seeks appraisal based upon ALLSTATE's alleged failure to pay for all commercial property damage. The Chief Financial Officer of the State of Florida received a copy of the Complaint on or about December 14, 2009. ALLSTATE was served with process and a copy of the Complaint on or about December 16, 2009, the date upon which the Chief Financial Officer of the State of Florida forwarded a copy of the Complaint to ALLSTATE's designated agent and was received by ALLSTATE's designated agent for service of process on or about December 16, 2009. This Notice of Removal is timely filed within 30 days of ALLSTATE's receipt of the initial pleading and/or receipt of other papers from which it can first be ascertained that the case is one which is removable. Complete copies of all process, pleadings, and any orders served upon ALLSTATE in the State Court Action are collectively attached to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a), as Exhibit **"A."**

3.      At all material times hereto, including the time of the filing and service of the Complaint in the State Court Action, and the time of filing and service of this Notice, Plaintiffs each are a limited liability corporation with its physical location and principal place of business in Broward County, State of Florida.

4.      At all material times hereto, Defendant, ALLSTATE, was and is a foreign corporation doing business in the State of Florida and is incorporated in the State of Delaware with its principal place of business in the State of Illinois.

5.      Although the Complaint alleges that Plaintiffs seek to recover damages from

2

ALLSTATE in an unspecified amount exceeding $15,000.00, and therefore not a case which is removable from the jurisdictional face of the pleading, the documents from the Plaintiffs and the allegations in the Complaint demonstrate that Plaintiffs are each seeking an amount in controversy exceeding $75,000.00, exclusive of interest, costs, and attorney fees.

6.      The Complaint alleges that Plaintiffs are the insured under certain policies of insurance and that Allstate issued said policies of insurance.

7.      The Complaint further alleges that while said certain policies of insurance were in effect, Plaintiffs' three buildings were damaged on or about October 24, 2005, by Hurricane Wilma.

8.      The Complaint alleges that Plaintiffs notified ALLSTATE of its request for appraisal under the subject policies but that ALLSTATE failed to name its appraiser within 20 days and failed to pay all damages caused by the subject loss.

9.      As part of Plaintiffs' claims against ALLSTATE for the aforementioned buildings, including the flat roofs, soffits, and mansards to the roofs,   Plaintiffs provided ALLSTATE with estimates of the cost of repairs and replacement of the alleged damages.  The estimates, dated April 29, 2009, purported to be from the entity "Tropic Shield Construction, Inc.", outlined the entity's proposed scope and pricing of work to the flat roofs, soffits and mansards of the three buildings and stated a total of $1,564,693.08 attributed to this work. A copy of the estimate from Tropic Shield Construction, Inc., for the 767 Building and for the 441 and 541 Buildings dated April 29, 2009, is attached hereto as Exhibits "B" and "C" respectively.

10.      In addition as part of the Plaintiffs claims against Allstate, Plaintiffs each provided Allstate with a Sworn Statement in Proof of Loss in the amount of $840,684.36 for the 767 Building, and in the amount of $2,139,208.52  for the 441 and 541 buildings. Copies of the Sworn Statements

3

in Proof of Loss are attached hereto as Exhibits "D" and "E" respectively.

11.     The Complaint alleges that ALLSTATE, *inter alia* breached the contract of insurance, and that Plaintiffs have been damaged thereby.

12.     The Complaint seeks damages against ALLSTATE for compensatory damages, interest, costs, and attorneys' fees "pursuant to Florida Statute § 627.428."

13.     The foregoing demonstrates that the amount in controversy clearly exceeds the sum of $75,000.00, exclusive of interest, costs, and attorneys' fees for each Plaintiff.

14.     A copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Court for the Seventeenth Judicial Circuit in and for Broward County, Florida.

**WHEREFORE**, Defendant, ALLSTATE INSURANCE COMPANY, respectfully requests that the civil action filed by Plaintiffs, 767 Building, LLC and 441 & 541 Building, LLC in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, be removed to this Court as provided by 28 U.S.C. §1441, *et. seq.*, and that this Honorable Court accept jurisdiction of this action.

4

Dated this 4th day of January, 2010.

Respectfully submitted,

By: _Stephanie N Luongo_
STEPHANIE H. LUONGO, ESQUIRE
Florida Bar No.: 555703
sluongo@powersmcnalis.com
**POWERS, MCNALIS, TORRES & TEEBAGY**
P.O. Box 21289
West Palm Beach, FL  33416-1289
(561) 588-3000 Telephone
(561) 588-3705 Facsimile
Attorney for Defendant, ALLSTATE

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

via hand delivery to the Clerk of the Court and via U.S. Mail on the 4th day of January, 2010 to

counsel on the attached Service List.

BY: _Stephanie N Luongo_
STEPHANIE H. LUONGO, ESQUIRE
Florida Bar No.: 555703
sluongo@powersmcnalis.com

## SERVICE LIST

767 BUILDING, LLC and 441 &5 41 BUILDINGS, LLC

vs.

ALLSTATE INSURANCE COMPANY

United States District Court, Southern District of Florida
Ft. Lauderdale Division

CASE NO. :

Kelly L. Kubiak, Esquire
Merlin Law Group
777 S. Harbour Island Blvd.
Suite 950
Tampa, FL 33602
kkubiak@merlinlawgroup.com
Telephone:     (813) 229-1000
Facsimile:     (813) 229-3692

ALLINV-9904/73
RBF/jp

*770349904*
*S#4 R.BF/CAD*

**⬤ CT Corporation**

**Service of Process
Transmittal**
12/16/2009
CT Log Number 515876584

TO:     Ed Ham
        Allstate Insurance Company
        740 Carillion Parkway, Suite 100
        Saint Petersburg, FL 33716-

RE:     **Process Served in Florida**

FOR:    ALLSTATE INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | 767 Building, LLC and 441 & 541 Building, LLC, Pltfs. vs. Allstate Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Broward County Court, FL<br>Case # 09 66557 02 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for property damage sustained as the result of a covered peril |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 12/16/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Kelly L. Kubiak<br>Merlin Law Group, P.A.<br>777 South Harbour Island Blvd<br>Suite 950<br>Tampa, FL 33602<br>813-221-1000 |
| **REMARKS:** | Process received by Chief Financial Officer on 12/14/09, and forwarded to C T Corporation System by electronic delivery on 12/16/09. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/16/2009, Expected Purge Date: 12/21/2009<br>Image SOP<br>Email Notification, Patti Cummings pgarq@allstate.com<br>Email Notification, Sherrie Ross sherrie.ross@allstate.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Donna Moch<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

1/15/10
8AM

Page 1 of  1 / MB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**EXHIBIT
"A"**

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services



09-68515

767 BUILDING, LLC AND 441 & 541
BUILDING, LLC,

PLAINTIFF(S),

VS.

ALLSTATE INSURANCE COMPANY,

DEFENDANT(S).
_____/

SUMMONS, COMPLAINT, EXHIBIT "A"

**CASE #:** 09 66557 02
**COURT:** CIRCUIT COURT
**COUNTY:** BROWARD
**DFS-SOP#:** 09-68515

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida.  Said process was received in my office by MAIL on the 14th day
of December, 2009 and a copy was forwarded by Electronic Delivery on the 16th day of
December, 2009 to the designated agent for the named entity as shown below.

    ALLSTATE INSURANCE COMPANY
    DONNA MOCH  (CLS-SOPPLATeam@wolterskluwer.com)
    CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

KELLY L. KUBIAK
SUITE 950
777 S. HARBOUR ISLAND BLVD.                                        **TAS**
TAMPA FL 33602

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, STATE OF FLORIDA
CIVIL DIVISION

767 BUILDING, LLC AND 441 & 541
BUILDING, LLC,

      Plaintiffs,            CASE NO:  **09  66557**

vs.

                                      DIVISION:

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____/

## COMPLAINT

The Plaintiffs, 767 BUILDING, LLC AND 441 & 541 BUILDING, LLC, by and through their 

undersigned counsel, sues the Defendant, ALLSTATE INSURANCE COMPANY, and allege the 

following:

## GENERAL ALLEGATIONS

### 1.

That this is an action for damages exceeding Fifteen-Thousand Dollars ($15,000.00), exclusive

of attorney fees, costs and interest.

### 2.

That at all times material to this cause of action the Plaintiff, 767 BUILDING, LLC, has

maintained/owned property located at 767 S. State Road 7, Margate, Broward County, Florida.

### 3.

That at all times material to this cause of action the Plaintiff, 441 & 541 BUILDING, LLC, has

maintained/owned property located at 441 and 541 S. State Road 7, Margate, Broward County,

Florida.

### 4.

That at all times material to this cause of action the Defendant, ALLSTATE INSURANCE COMPANY, was and is a corporation in the business of insurance, and conducting business in Margate, Broward County, Florida, and throughout the State of Florida.

5.

Plaintiff, 767 BUILDING, LLC, purchased a policy of insurance from Defendant, ALLSTATE INSURANCE COMPANY, which insured Plaintiff, 767 BUILDING, LLC's, property located at 767 S. State Road 7, Margate, Broward County, Florida. A true and accurate copy of the policy is attached hereto as Exhibit A.

6.

Plaintiff, 767 BUILDING, LLC, has paid all premiums on said policy, and the policy was in full force and effect at all relevant times herein.

7.

Plaintiff, 441 & 541 BUILDING, LLC, purchased a policy of insurance from Defendant, ALLSTATE INSURANCE COMPANY, which insured Plaintiff, 441 & 541 BUILDING, LLC's, property located at 441 and 541 S. State Road 7. A true and accurate copy of the policy is attached hereto as Exhibit B.

8.

On or about October 24, 2005, Plaintiffs aforementioned properties suffered hurricane damages to the aforementioned buildings.

9.

The damage to the Plaintiffs' buildings were due to hurricane damages and therefore a covered peril under the policy.

10.

2

On or about February 20, 2009, Plaintiffs requested appraisal with respect to Plaintiffs' aforementioned property claim as the parties could not agree on the value of the damages. Please see composite Exhibit C.

### 11.

The insureds' policies allow either party upon dispute of damages, to request appraisal for the determination of such damages pursuant to the policy's appraisal clause.

### Count I – Breach of Contract

**(for failing to name its appraiser within 20 days and failing to pay all damages caused by the subject covered loss)**

### 12.

Plaintiff, 767 BUILDING, LLC, re-alleges all allegations contained in paragraphs one through eleven, and further alleges the following:

### 13.

This is an action upon the aforementioned contract of insurance requiring this Court to order Defendant to appoint an appraiser. Defendant failed to name its appraiser within the 20 days allowed under the subject insurance policy.

### 14.

The issued policy of insurance allows either party, upon dispute of damages, to request appraisal for the determination of such damages pursuant to the policy's "Appraisal Clause." Plaintiff, 767 BUILDING, LLC, appointed its independent appraiser.

### 15.

Plaintiff, 767 BUILDING, LLC, requests the appraisal award be in accordance with the outcome entered by the panel, subject to any objections.

3

**16.**

As a result of Defendant's refusal to appoint an appraiser and select an unbiased umpire with knowledge in accessing damages in Plaintiff, 767 BUILDING, LLC's, aforementioned claim, Plaintiff, 767 BUILDING, LLC, has had to hire the undersigned attorneys and have agreed to pay them reasonable attorney's fees and all costs incurred in this action.

**WHEREFORE**, the Plaintiff, 767 BUILDING, LLC , prays this Court enter an award against Defendant, ALLSTATE INSURANCE COMPANY, of compensatory damages, pre-judgment interest, costs of this action, attorney fees; and such other and further relief as this Court may deem just and proper.

Further, Plaintiff, 767 BUILDING, LLC, requests a trial by jury on all issues so triable.

### Count II – Petition to Compel Appraisal

### SELECTION OF AN APPRAISER

**17.**

Plaintiff, 767 BUILDING, LLC, re-alleges all allegations contained in paragraphs one through eleven, and further allege the following:

**18.**

This is an action upon the aforementioned contract of insurance requiring this Court to order Defendant to appoint an appraiser.  Defendant failed to name its appraiser within the 20 days allowed under the subject insurance policies.

**19.**

The issued policy of insurance allows either party, upon dispute of damages, to request appraisal for the determination of such damages pursuant to the policy's "Appraisal Clause." Plaintiff, 767 BUILDING, LLC, appointed its independent appraiser.

4

**20.**

Plaintiff, 767 BUILDING, LLC, requests the appraisal award be in accordance with the outcome entered by the panel, subject to any objections.

**21.**

Plaintiff, 767 BUILDING, LLC, has done and performed all those matters and things properly required of it under the Policy to demand appraisal.

**22.**

Plaintiff, 767 BUILDING, LLC, has a contractual right to seek appraisal.

**23.**

As a result of Defendant's refusal to appoint an appraiser and select an unbiased umpire with knowledge in accessing damages in Plaintiff, 767 BUILDING, LLC s, subject claim, Plaintiff, 767 BUILDING, LLC, has had to hire the undersigned attorneys and has agreed to pay them reasonable attorney's fees and all costs incurred in this action.

WHEREFORE, the Plaintiff, 767 BUILDING, LLC, prays this Court:

A.     Grant Plaintiff, 767 BUILDING, LLC's, Petition to Compel Appraisal;

B.     Order that the Appraisal process be expedited;

C.     Award Plaintiff, 767 BUILDING, LLC, reasonable attorney fees and costs expended in the prosecution of this action; and

D.     Grant Plaintiff, 767 BUILDING, LLC, any and all other relief the Court deems just and proper.

## Count III – Breach of Contract

### (for failing to name its appraiser within 20 days

### and failing to pay all damages caused by the subject covered loss)

5

24.

Plaintiff, 441 & 541 BUILDING, LLC, re-alleges all allegations contained in paragraphs one through eleven, and further alleges the following:

25.

This is an action upon the aforementioned contract of insurance requiring this Court to order Defendant to appoint an appraiser. Defendant failed to name its appraiser within the 20 days allowed under the subject insurance policy.

26.

The issued policy of insurance allows either party, upon dispute of damages, to request appraisal for the determination of such damages pursuant to the policy's "Appraisal Clause." Plaintiff, 441 & 541 BUILDING, LLC, appointed its independent appraiser.

27.

Plaintiff, 441 & 541 BUILDING, LLC, requests the appraisal award be in accordance with the outcome entered by the panel, subject to any objections.

28.

As a result of Defendant's refusal to appoint an appraiser and select an unbiased umpire with knowledge in accessing damages in Plaintiff, 441 & 541 BUILDING, LLC's, aforementioned claim, Plaintiff, 441 & 541 BUILDING, LLC, has had to hire the undersigned attorneys and have agreed to pay them reasonable attorney's fees and all costs incurred in this action.

WHEREFORE, the Plaintiff, 441 & 541 BUILDING, LLC, prays this Court enter an award against Defendant, ALLSTATE INSURANCE COMPANY, of compensatory damages, pre-judgment interest, costs of this action, attorney fees; and such other and further relief as this Court may deem just and proper.

Further, Plaintiff, 441 & 541 BUILDING, LLC, requests a trial by jury on all issues so triable.

## Count IV – Petition to Compel Appraisal

## SELECTION OF AN APPRAISER

### 29.

Plaintiff, 441 & 541 BUILDING, LLC, re-alleges all allegations contained in paragraphs one through eleven, and further allege the following:

### 30.

This is an action upon the aforementioned contract of insurance requiring this Court to order Defendant to appoint an appraiser.  Defendant failed to name its appraiser within the 20 days allowed under the subject insurance policies.

### 31.

The issued policy of insurance allows either party, upon dispute of damages, to request appraisal for the determination of such damages pursuant to the policy's "Appraisal Clause." Plaintiff, 441 & 541 BUILDING, LLC, appointed its independent appraiser.

### 32.

Plaintiff, 441 & 541 BUILDING, LLC, requests the appraisal award be in accordance with the outcome entered by the panel, subject to any objections.

### 33.

Plaintiff, 441 & 541 BUILDING, LLC, has done and performed all those matters and things properly required of it under the Policy to demand appraisal.

### 34.

Plaintiff, 441 & 541 BUILDING, LLC, has a contractual right to seek appraisal.

### 35.

7

As a result of Defendant's refusal to appoint an appraiser and select an unbiased umpire with knowledge in accessing damages in Plaintiff, 441 & 541 BUILDING, LLC s, subject claim, Plaintiff, 441 & 541 BUILDING, LLC, has had to hire the undersigned attorneys and has agreed to pay them reasonable attorney's fees and all costs incurred in this action.

**WHEREFORE,** the Plaintiff, 441 & 541 BUILDING, LLC, prays this Court:

A.    Grant Plaintiff, 441 & 541 BUILDING, LLC's, Petition to Compel Appraisal;

B.    Order that the Appraisal process be expedited;

C.    Award Plaintiff, 441 & 541 BUILDING, LLC, reasonable attorney fees and costs expended in the prosecution of this action; and

D.    Grant Plaintiff, 441 & 541 BUILDING, LLC, any and all other relief the Court deems just and proper.

Respectfully submitted this _____ day of ~~November~~ December, 2009.

KELLY L. KUBIAK, ESQUIRE
Florida Bar #108952
Merlin Law Group, P.A.
777 South Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Attorney for Plaintiff
TEL: (813) 229-1000
FAX: (813) 229-3692

8

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

| | |
|---|---|
| Type of Estimate: | Hurricane |
| Client: | 767 Building, LLC C/O Michael Shooster |
| Property: | 767 S. State Rd. 7 |
| | Margate, FL  33068 |
| Operator: | NPARTING |
| Estimator: | Nicholas Partington |
| Company: | Holliday Adjuster Group, Inc. |
| Date Entered: | 04/13/09 |
| Price List: | FLFL2S6A |
| | Restoration/Service/Remodel with Service |
| | Charges Broken Out |
| Estimate: | 767-BUILDING |

**DISCLAIMER!**
**NOTE THAT GIVEN ADDITIONAL INFORMATION THIS ESTIMATE IS SUBJECT TO CHANGE.**



EXHIBIT
"B"

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## 767-BUILDING

 **Room: Roof**

| | | | |
|---|---|---|---|
| R&R Sprayed Polyurethane Foam Roofing (SPF) | 414.09 SQ | 0.46 | 690.00 | 285,912.58 |
| Elastomeric roof coating (silicon) | 414.09 SQ | 0.00 | 164.00 | 67,910.76 |
| R&R Roof scupper - aluminum | 28.00 EA | 19.07 | 191.19 | 5,887.28 |
| Central air - condenser unit - Detach & reset | 25.00 EA | 0.00 | 359.98 | 8,999.50 |
| R&R 7' 6" Diameter satellite dish - Detach & reset | 2.00 EA | 77.11 | 20.00 | 194.22 |
| Skylight- Fixed - Detach & reset | 1.00 EA | 0.00 | 71.42 | 71.42 |
| Roof vent - Detach & reset | 4.00 EA | 0.00 | 74.24 | 296.96 |
| Debris/Garbage chute | 1.00 EA | 0.00 | 1,071.41 | 1,071.41 |
| Machine rental - Lull | 7.00 DA | 0.00 | 200.00 | 1,400.00 |
| Special Cleanup & Removal | 48.00 HR | 0.00 | 35.87 | 1,721.76 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 779.00 | 0.00 | 3,116.00 |

## MANSARD

**Area Items:  MANSARD**

| | | | |
|---|---|---|---|
| R&R Metal Mansard - Standing seam | 7,245.00 SF | 0.21 | 7.87 | 58,539.60 |
| R&R Cap flashing (counterflashing) | 1,260.00 LF | 1.12 | 6.53 | 9,639.00 |
| R&R Sheathing - plywood - 5/8" - treated | 7,245.00 SF | 0.59 | 2.41 | 21,735.00 |
| R&R Bottom drip edge trim - 8" | 1,260.00 LF | 0.85 | 3.08 | 4,951.80 |
| Special Cleanup & Removal | 120.00 HR | 0.00 | 35.87 | 4,304.40 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 14.00 EA | 779.00 | 0.00 | 10,906.00 |
| Scaffolding Setup & Take down - per hour | 40.00 HR | 0.00 | 27.16 | 1,086.40 |
| Scaffold rental - per section (per week) | 300.00 WK | 0.00 | 35.27 | 10,581.00 |
| Fall protection harness and lanyard rental - per day | 15.00 DA | 0.00 | 6.00 | 90.00 |

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## CONTINUED - Roof

| | | | | |
|---|---|---|---|---|
| Price Reflects 20 sections for 15 days | | | | |
| R&R Additional charge for steep roof 10/12 to 12/12 slope | 72.45 SQ | 22.58 | 46.73 | 5,021.51 |
| Special Roof Stocking Charge | 72.45 SQ | 0.00 | 18.00 | 1,304.10 |
| R&R 2" x 6" lumber (.5 BF per LF) - Sill Plate | 1,360.00 LF | 0.97 | 2.55 | 4,787.20 |
| Replace Mansard Framing, Truss | 7,245.00 SF | 0.00 | 4.30 | 31,153.50 |
| R&R Framing strap - 24" long | 600.00 EA | 6.43 | 17.14 | 14,142.00 |
| R&R 1" x 4" lumber (.333 BF per LF) - Furring Strip | 1,360.00 LF | 0.97 | 1.83 | 3,808.00 |



### Room: SOFFIT

| | | | | |
|---|---|---|---|---|
| R&R Soffit - vinyl | 5,750.00 SF | 0.31 | 4.05 | 25,070.00 |
| Special Cleanup & Removal | 40.00 HR | 0.00 | 35.87 | 1,434.80 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 6.00 EA | 779.00 | 0.00 | 4,674.00 |
| Replace Soffit Framing | 5,750.00 SF | 0.00 | 1.26 | 7,245.00 |

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



### Room: FLAT PANEL

| | | | | |
|---|---|---|---|---|
| R&R Metal Roof Panel - Standing seam | 680.00 SF | 0.21 | 7.87 | 5,494.40 |
| Trim Flashing | 1,320.00 EA | 0.00 | 4.07 | 5,372.40 |
| R&R 1" x 3" lumber (.167 BF per LF) | 1,287.00 LF | 0.88 | 1.45 | 2,998.71 |
| Special Cleanup & Removal | 48.00 HR | 0.00 | 35.87 | 1,721.76 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 779.00 | 0.00 | 1,558.00 |



### Room: GENERAL

| | | | | |
|---|---|---|---|---|
| R&R LAM - Indirect metal halide | 2.00 EA | 11.28 | 361.62 | 745.80 |
| Replace Pipe Column | 20.00 LF | 0.00 | 10.90 | 218.00 |
| Replace Post, In Concrete | 1.00 EA | 0.00 | 44.92 | 44.92 |
| Replace Lamp Post, 10' with Lamp | 1.00 EA | 0.00 | 614.47 | 614.47 |
| General clean - up | 8.00 HR | 0.00 | 35.87 | 286.96 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 779.00 | 0.00 | 1,558.00 |
| Engineering Fees | 1.00 EA | 0.00 | 2,000.00 | 2,000.00 |

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



### Room: LANDSCAPING

| | | | | |
|---|---|---|---|---|
| Sprinkler Head- Exterior Lawn- As per B&R Industries Invoice | 1.00 EA | 0.00 | 857.88 | 857.88 |



### Room: SIGNS

| | | | | |
|---|---|---|---|---|
| Sign Repair- Per Testa Signs Invoice | 1.00 EA | 0.00 | 1,356.80 | 1,356.80 |

### Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



## Room: TREES/DEBRIS

| | | | | |
|---|---|---|---|---|
| Palm Tree 14' | 10.00 EA | 952.64 | 0.00 | 9,526.40 |
| Tree - Remove Stump - under 12" diameter | 10.00 EA | 294.03 | 0.00 | 2,940.30 |
| General clean - up | 16.00 HR | 0.00 | 35.87 | 573.92 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 721.33 | 0.00 | 721.33 |



## Room: DEBRIS REM

| | | | | |
|---|---|---|---|---|
| General clean - up<br>  This is for two men at 40 hours for two weeks | 80.00 HR | 0.00 | 35.87 | 2,869.60 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 721.33 | 0.00 | 1,442.66 |

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

| | |
|---|---:|
| Carpenter - General Framer | 123.90 |
| Cleaning Technician | 49.40 |
| Electrician | 141.36 |
| Heating / A.C. Mechanic | 141.60 |
| General Laborer | 27.16 |
| Roofer | 299.13 |
| Membrane Roofing Installer | 421.86 |
| Siding Installer | 173.80 |
| Total Adjustments for Base Service Charges: | 1,378.21 |

| | | | | | |
|---:|---|---:|---|---:|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls & Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

### Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 639,957.51 |
| Total Adjustments for Base Service Charges | | | | 1,378.21 |
| Material Sales Tax | @ | 6.500% | 72,585.10 | 4,718.03 |
| Subtotal | | | | 646,053.75 |
| Overhead | @ | 10.00% | 646,053.75 | 64,605.38 |
| Profit | @ | 19.00% | 710,659.13 | 135,025.23 |

Nicholas Partington

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

| Estimate: 767-BUILDING | | |
|---|---|---|
| Roof | 376,581.89 | 58.72% |
| Area: MANSARD | 182,049.51 | 28.39% |
| SOFFIT | 38,423.80 | 5.99% |
| FLAT PANEL | 17,145.27 | 2.67% |
| Area Subtotal: MANSARD | 237,618.58 | 37.05% |
| GENERAL | 5,468.15 | 0.85% |
| LANDSCAPING | 857.88 | 0.13% |
| SIGNS | 1,356.80 | 0.21% |
| TREES/DEBRIS | 13,761.95 | 2.15% |
| DEBRIS REM | 4,312.26 | 0.67% |
| Subtotal of Areas | 639,957.51 | 99.79% |
| Base Service Charges | 1,378.21 | 0.21% |

767-BUILDING

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| **ACCESSORIES - MOBILE HOME** | | | 857.88 | 0.10% |
| **CLEANING** | | | 12,913.20 | 1.53% |
| **GENERAL DEMOLITION** | | | 56,812.29 | 6.72% |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | 40.00 | 0.00% |
| **MISC. EQUIPMENT - COMMERCIAL** | | | 2,428.21 | 0.29% |
| **FRAMING & ROUGH CARPENTRY** | | | 63,877.85 | 7.55% |
| **HEAT, VENT & AIR CONDITIONING** | | | 8,999.50 | 1.06% |
| **LIGHT FIXTURES** | | | 1,600.63 | 0.19% |
| **ROOFING** | | | 457,311.63 | 54.08% |
| **SCAFFOLDING** | | | 11,757.40 | 1.39% |
| **SOFFIT, FASCIA, & GUTTER** | | | 23,287.50 | 2.75% |
| **WINDOWS - SKYLIGHTS** | | | 71.42 | 0.01% |
| **Subtotal** | | | **639,957.51** | **75.67%** |
| Base Service Charges | | | 1,378.21 | 0.16% |
| Material Sales Tax | @ | 6.500% | 4,718.03 | 0.56% |
| Overhead | @ | 10.00% | 64,605.38 | 7.64% |
| Profit | @ | 19.00% | 135,025.23 | 15.97% |
| **O&P Items Subtotal** | | | **845,684.36** | **100.00%** |

# Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## Administrative Information

| | |
|---|---|
| Type of Estimate: | Hurricane |
| Client: | 441 & 541 BLDG LLC C/O Michael Shooster |
| Property: | 441 & 541 S. St. Rd. 7<br>Margate, FL 33068 |
| Operator: | NPARTING |
| Estimator: | Nicholas Partington |
| Company: | Holliday Adjuster Group, Inc. |
| Date Entered: | 04/20/09 |
| Price List: | FLFL2S6A<br>Restoration/Service/Remodel with Service<br>Charges Broken Out |
| Estimate: | 441-541-SHOOSTER |



EXHIBIT
"C"

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

### 441-541-SHOOSTER
### BLDG 441



**Room: Roof**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Sprayed Polyurethane Foam Roofing (SPF) | 398.48 SQ | 0.46 | 690.00 | 275,131.05 |
| Elastomeric roof coating (silicon) | 398.48 SQ | 0.00 | 164.00 | 65,350.72 |
| R&R Roof scupper - aluminum | 20.00 EA | 19.07 | 191.19 | 4,205.20 |
| Central air - condenser unit - Detach & reset | 21.00 EA | 0.00 | 359.98 | 7,559.58 |
| R&R 7' 6" Diameter satellite dish - Detach & reset | 2.00 EA | 77.11 | 20.00 | 194.22 |
| Skylight t- Fixed - Detach & reset | 1.00 EA | 0.00 | 71.42 | 71.42 |
| Roof vent - Detach & reset | 4.00 EA | 0.00 | 74.24 | 296.96 |
| Debris/Garbage chute | 1.00 EA | 0.00 | 1,071.41 | 1,071.41 |
| Machine rental - Lull | 10.00 DA | 0.00 | 200.00 | 2,000.00 |
| General clean - up | 48.00 HR | 0.00 | 35.87 | 1,721.76 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 721.33 | 0.00 | 2,885.32 |
| **Room Totals: Roof** | | | | **360,487.64** |

**Area Items: MANSARD**                MANSARD

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal Mansard - Standing seam | 7,749.85 SF | 0.21 | 7.87 | 62,618.79 |
| R&R Cap flashing (counterflashing) | 1,120.00 LF | 1.12 | 6.53 | 8,568.00 |
| R&R Sheathing - plywood - 5/8" - treated | 7,749.85 SF | 0.59 | 2.41 | 23,249.55 |
| R&R Bottom drip edge trim - 8" | 1,120.00 LF | 0.85 | 3.08 | 4,401.60 |
| General clean - up | 24.00 HR | 0.00 | 35.87 | 860.88 |
| R&R Additional charge for steep roof 10/12 to 12/12 slope | 67.39 SQ | 22.58 | 46.73 | 4,670.80 |
| Scaffolding Setup & Take down - per hour | 40.00 HR | 0.00 | 27.16 | 1,086.40 |
| Scaffold rental - per section (per week) | 225.00 WK | 0.00 | 35.27 | 7,935.75 |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## CONTINUED – Roof

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Fall protection harness and lanyard rental - per day | 15.00 DA | 0.00 | 6.00 | 90.00 |
| Price Reflects 15 sections for 15 days | | | | |
| Special Roof Stocking Charge | 67.39 SQ | 0.00 | 18.00 | 1,213.02 |
| Special Cleanup & Removal - Mansard | 200.00 HR | 0.00 | 35.87 | 7,174.00 |
| Dumpster load - Approx. 20 yards, 4 tons of debris - Mansard | 14.00 EA | 779.00 | 0.00 | 10,906.00 |
| R&R 2" x 6" lumber (.5 BF per LF) - Sill Plate | 1,077.00 LF | 0.97 | 2.55 | 3,791.04 |
| Replace Mansard Framing, Truss | 6,739.00 SF | 0.00 | 4.30 | 28,977.70 |
| R&R Framing strap - 24" long | 593.00 EA | 6.43 | 17.14 | 13,977.01 |
| R&R 1" x 4" lumber (.333 BF per LF) - Furring Strip | 1,077.00 LF | 0.97 | 1.83 | 3,015.60 |
| Area Items Total: MANSARD | | | | 182,536.14 |



## Room: SOFFIT

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Soffit - metal | 4,643.00 SF | 0.31 | 3.74 | 18,804.15 |
| Special Cleanup & Removal - Soffit | 120.00 HR | 0.00 | 35.87 | 4,304.40 |
| Dumpster load - Approx. 20 yards, 4 tons of debris - Soffit Related | 4.00 EA | 779.00 | 0.00 | 3,116.00 |
| Replace Soffit Framing - 24" OC - 3 1/2" Joists | 4,643.00 SF | 0.00 | 1.26 | 5,850.18 |
| R&R Special Doors - Access Door | 81.00 EA | 9.64 | 103.86 | 9,193.50 |
| R&R Exterior light fixture | 36.00 EA | 12.89 | 83.75 | 3,479.04 |
| R&R Exterior flood light fixture | 4.00 EA | 38.79 | 160.62 | 797.64 |
| Electrician - per hour | 40.00 HR | 0.00 | 70.68 | 2,827.20 |
| Room Totals: SOFFIT | | | | 48,372.11 |

441-541-SHOOSTER

### Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



## Room: FLAT PANELS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal Roof Panel - Standing seam | 1,183.00 SF | 21.00 | 7.87 | 34,153.21 |
| As Per original adjusters price | | | | |
| Trim Flashing | 1,034.00 EA | 0.00 | 4.07 | 4,208.38 |
| R&R 1" x 3" lumber (.167 BF per LF) | 1,184.00 LF | 0.88 | 1.45 | 2,758.72 |
| Special Cleanup & Removal | 24.00 HR | 0.00 | 35.87 | 860.88 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 779.00 | 0.00 | 1,558.00 |
| **Room Totals: FLAT PANELS** | | | | **43,539.19** |
| **Area Items Total: MANSARD** | | | | **274,447.44** |



## Room: GENERAL

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Special Painting- As per "The Classic Paint Brush" | 1.00 EA | 0.00 | 10,922.00 | 10,922.00 |
| Electrical Work- Per Constant Electrical Service, Inc. Invoice | 1.00 EA | 0.00 | 708.00 | 708.00 |
| R&R Temporary fencing | 410.00 LF | 0.94 | 13.00 | 5,715.40 |
| Scissor lift - 26' platform height - electric powered | 30.00 DA | 0.00 | 150.00 | 4,500.00 |
| Special Cleanup & Removal | 10.00 HR | 0.00 | 35.87 | 358.70 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 779.00 | 0.00 | 779.00 |

441-541-SHOOSTER

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## CONTINUED - GENERAL

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Engineering Fees | 1.00 EA | 0.00 | 2,000.00 | 2,000.00 |
| Room Totals: GENERAL | | | | 24,983.10 |



### Room: SUITE 6

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Replace Window - As per Invoice | 1.00 EA | 0.00 | 611.96 | 611.96 |
| Window Installer - per hour | 4.00 HR | 0.00 | 64.31 | 257.24 |
| Special Cleanup & Removal | 1.00 HR | 0.00 | 35.87 | 35.87 |
| Room Totals: SUITE 6 | | | | 905.07 |



### Room: Exterior

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Debris Removal- As per Invoice | 1.00 EA | 3,978.75 | 0.00 | 3,978.75 |
| Room Totals: Exterior | | | | 3,978.75 |
| Area Items Total: BLDG 441 | | | | 664,802.00 |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## BLDG 541



### Room: Roof

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Roof Repairs - As per Southern Coatings Invoice | 1.00 EA | 0.00 | 173,075.00 | 173,075.00 |
| R&R Sprayed Polyurethane Foam Roofing (SPF) | 313.95 SQ | 0.46 | 690.00 | 216,769.92 |
| Elastomeric roof coating (silicon) | 313.95 SQ | 0.00 | 164.00 | 51,487.80 |
| Central air - condenser unit - Detach & reset | 16.00 EA | 0.00 | 359.98 | 5,759.68 |
| R&R 7' 6" Diameter satellite dish - Detach & reset | 2.00 EA | 77.11 | 20.00 | 194.22 |
| Skylight- Fixed - Detach & reset | 3.00 EA | 0.00 | 71.42 | 214.26 |
| Roof vent - Detach & reset | 19.00 EA | 0.00 | 74.24 | 1,410.56 |
| Debris/Garbage chute | 1.00 EA | 0.00 | 1,071.41 | 1,071.41 |
| Machine rental - Lull | 7.00 DA | 0.00 | 200.00 | 1,400.00 |
| General clean - up | 48.00 HR | 0.00 | 35.87 | 1,721.76 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | 779.00 | 0.00 | 2,337.00 |
| **Room Totals: Roof** | | | | **455,441.61** |

### Area Items:  MANSARD

**MANSARD**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal Mansard - Standing seam | 5,520.00 SF | 0.21 | 7.87 | 44,601.60 |
| R&R Cap flashing (counterflashing) | 960.00 LF | 1.12 | 6.53 | 7,344.00 |
| R&R Sheathing - plywood - 5/8" - treated | 5,520.00 SF | 0.59 | 2.41 | 16,560.00 |
| R&R Bottom drip edge trim - 8" | 960.00 LF | 0.85 | 3.08 | 3,772.80 |

441-541-SHOOSTER

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## CONTINUED - Roof

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Additional charge for steep roof 10/12 to 12/12 slope | 48.00 SQ | 22.58 | 46.73 | 3,326.88 |
| Scaffolding Setup & Take down - per hour | 40.00 HR | 0.00 | 27.16 | 1,086.40 |
| Scaffold rental - per section (per week) | 100.00 WK | 0.00 | 35.27 | 3,527.00 |
| Fall protection harness and lanyard rental - per day | 10.00 DA | 0.00 | 6.00 | 60.00 |
| Price Reflects 10 sections for 10 days | | | | |
| Special Roof Stocking Charge | 55.20 SQ | 0.00 | 18.00 | 993.60 |
| Special Cleanup & Removal - Mansard Related | 240.00 HR | 0.00 | 35.87 | 8,608.80 |
| Dumpster load - Approx. 20 yards, 4 tons of debris - Mansard | 12.00 EA | 779.00 | 0.00 | 9,348.00 |
| R&R 2" x 6" lumber (.5 BF per LF) - Sill Plate | 900.00 LF | 0.97 | 2.55 | 3,168.00 |
| Replace Mansard Framing, Truss | 5,520.00 SF | 0.00 | 4.30 | 23,736.00 |
| R&R Framing strap - 24" long | 450.00 EA | 6.43 | 17.14 | 10,606.50 |
| Carpenter - per hour | 120.00 HR | 0.00 | 74.03 | 8,883.60 |
| Carpenter - General Framer - per hour | 40.00 HR | 0.00 | 61.95 | 2,478.00 |
| R&R 1" x 4" lumber (.333 BF per LF) - Furring Strip | 900.00 LF | 0.97 | 1.83 | 2,520.00 |
| **Area Items Total: MANSARD** | | | | **150,621.18** |



### Room: SOFFIT

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Soffit - metal | 3,795.00 SF | 0.31 | 3.74 | 15,369.75 |
| Special Cleanup & Removal - Soffit | 36.00 HR | 0.00 | 35.87 | 1,291.32 |
| Dumpster load - Approx. 20 yards, 4 tons of debris - Soffit | 3.00 EA | 779.00 | 0.00 | 2,337.00 |
| R&R Special Doors - Access Door | 8.00 EA | 9.64 | 103.86 | 908.00 |
| Replace Soffit Framing | 3,795.00 SF | 0.00 | 1.26 | 4,781.70 |

441-541-SHOOSTER

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## CONTINUED - SOFFIT

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Electrician - per hour | 40.00 HR | 0.00 | 70.68 | 2,827.20 |
| **Room Totals: SOFFIT** | | | | **27,514.97** |



## Room: FLAT PANELS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal Roof Panel – Standing seam<br> As Per original adjusters price | 1,288.00 SF | 21.00 | 7.87 | 37,184.56 |
| Trim Flashing | 976.00 EA | 0.00 | 4.07 | 3,972.32 |
| R&R 1" x 3" lumber (.167 BF per LF) | 1,287.00 LF | 0.88 | 1.45 | 2,998.71 |
| Special Cleanup & Removal | 48.00 HR | 0.00 | 35.87 | 1,721.76 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 779.00 | 0.00 | 1,558.00 |
| **Room Totals: FLAT PANELS** | | | | **47,435.35** |
| **Area Items Total: MANSARD** | | | | **225,571.50** |

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



**Room: GENERAL**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Special Painting- As per "The Classic Paint Brush" | 1.00 EA | 0.00 | 10,922.00 | 10,922.00 |
| Electrical Work- Per Constant Electrical Service, Inc. Invoice | 1.00 EA | 0.00 | 2,051.90 | 2,051.90 |
| R&R Temporary fencing | 450.00 LF | 0.94 | 13.00 | 6,273.00 |
| Scissor lift - 26' platform height - electric powered | 30.00 DA | 0.00 | 150.00 | 4,500.00 |
| Replace Sprinkler Head - As per B&R Industries, Inc. Invoice | 1.00 EA | 0.00 | 222.73 | 222.73 |
| Engineering Fees | 1.00 EA | 0.00 | 2,000.00 | 2,000.00 |
| **Room Totals: GENERAL** | | | | **25,969.63** |



**Room: SUITE 4**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 2,718.00 | 2,718.00 |
| **Room Totals: SUITE 4** | | | | **2,718.00** |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



### Room: SUITE 6

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects Prior Adjusters Payments | 1.00 EA | 0.00 | 7,204.51 | 7,204.51 |
| **Room Totals: SUITE 6** | | | | **7,204.51** |



### Room: SUITE 12

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 2,300.00 | 2,300.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 1,728.00 | 1,728.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 648.00 | 648.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 3,442.00 | 3,442.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 1,080.00 | 1,080.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 486.00 | 486.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 2,700.00 | 2,700.00 |
| **Room Totals: SUITE 12** | | | | **12,384.00** |

441-541-SHOOSTER

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



## Room: SUITE 15

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects Prior Adjusters Payments | 1.00 EA | 0.00 | 10,606.37 | 10,606.37 |
| Room Totals: SUITE 15 | | | | 10,606.37 |



## Room: SUITE 16

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects Prior Adjusters Payments | 1.00 EA | 0.00 | 7,067.37 | 7,067.37 |
| Room Totals: SUITE 16 | | | | 7,067.37 |



## Room: Hallway

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 1,944.00 | 1,944.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 2,802.00 | 2,802.00 |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

### CONTINUED - Hallway

*N° O.P.*

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 432.00 | 432.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 1,728.00 | 1,728.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 1,460.00 | 1,460.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 540.00 | 540.00 |
| Price Reflects AmeriMex Invoice | 1.00 EA | 0.00 | 1,214.00 | 1,214.00 |
| **Room Totals: Hallway** | | | | **10,120.00** |



### Room: Exterior

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Debris Removal- As per Invoices | 1.00 EA | 3,978.75 | 0.00 | 3,978.75 |
| **Room Totals: Exterior** | | | | **3,978.75** |
| **Area Items Total: BLDG 541** | | | | **761,061.74** |

441-541-SHOOSTER

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## SIGNS

 **Room: SIGNS-441**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Testa Signs Invoice | 1.00 EA | 0.00 | 2,008.50 | 2,008.50 |
| Room Totals: SIGNS-441 | | | | 2,008.50 |

 **Room: SIGNS-541**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Testa Signs Invoice | 1.00 EA | 0.00 | 2,008.50 | 2,008.50 |
| Room Totals: SIGNS-541 | | | | 2,008.50 |
| Area Items Total: SIGNS | | | | 4,017.00 |

441-541-SHOOSTER

04/29/2009  Page: 13

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

# LANDSCAPING

   **Room: 441**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Trees, Plants, and Shrubs - As per Invoices | 1.00 EA | 0.00 | 5,745.00 | 5,745.00 |
| Room Totals: 441 | | | | 5,745.00 |

   **Room: 541**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Trees, Plants, and Shrubs - As per Invoices | 1.00 EA | 0.00 | 5,745.00 | 5,745.00 |
| Room Totals: 541 | | | | 5,745.00 |
| Area Items Total: LANDSCAPING | | | | 11,490.00 |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756



### Room: Mold

*No Overhead on overage*

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Pre- Remediation Testing as per Homevest Environmental, Inc. | 1.00 EA | 0.00 | 3,100.00 | 3,100.00 |
| Post- Remediation Testing as per Homevest Environmental, Inc. | 1.00 EA | 0.00 | 1,200.00 | 1,200.00 |
| Post- Remediation Testing as per Homevest Environmental, Inc. | 1.00 EA | 0.00 | 600.00 | 600.00 |
| Post- Remediation Testing as per Homevest Environmental, Inc. | 1.00 EA | 0.00 | 700.00 | 700.00 |
| Remediation- As per A Premium Restoration | 1.00 EA | 0.00 | 8,465.50 | 8,465.50 |
| **Room Totals: Mold** | | | | **14,065.50** |
| **Line Item Subtotals: 441-541-SHOOSTER** | | | | **1,455,436.24** |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 148.06 |
| Carpenter - General Framer | 123.90 |
| Carpenter - Mechanic | 128.62 |
| Cleaning Technician | 49.40 |
| Electrician | 141.36 |
| Heating / A.C. Mechanic | 141.60 |
| General Laborer | 27.16 |
| Roofer | 299.13 |
| Membrane Roofing Installer | 421.86 |
| Siding Installer | 173.80 |
| Total Adjustments for Base Service Charges: | 1,654.89 |
| **Line Item Totals:** | **1,457,091.13** |
| **441-541-SHOOSTER** | |

441-541-SHOOSTER

04/29/2009  Page: 15

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls & Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

### Summary for Hurricane

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 1,455,436.24 |
| Total Adjustments for Base Service Charges | | | | 1,654.89 |
| Material Sales Tax | @ | 6.500% | 223,635.39 | 14,536.30 |
| Subtotal | | | | 1,471,627.43 |
| Overhead | @ | 20.00% | 1,227,337.76 | 245,467.55 |
| Profit | @ | 29.00% | 1,472,805.31 | 427,113.54 |
| **Grand Total** | | | | **2,144,208.52** |

Nicholas Partington

441-541-SHOOSTER

**Tropic Shield Construction**

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## Recap by Room

Estimate: 441-541-SHOOSTER

| | | |
|---|---:|---:|
| **Area: BLDG 441** | | |
| **Roof** | | |
| **Area: MANSARD** | 360,487.64 | 24.74% |
| SOFFIT | 182,536.14 | 12.53% |
| FLAT PANELS | 48,372.11 | 3.32% |
| Area Subtotal: MANSARD | 43,539.19 | 2.99% |
| GENERAL | 274,447.44 | 18.84% |
| SUITE 6 | 24,983.10 | 1.71% |
| Exterior | 905.07 | 0.06% |
| Area Subtotal: BLDG 441 | 3,978.75 | 0.27% |
| **Area: BLDG 541** | 664,802.00 | 45.63% |
| **Roof** | | |
| **Area: MANSARD** | 455,441.61 | 31.26% |
| SOFFIT | 150,621.18 | 10.34% |
| FLAT PANELS | 27,514.97 | 1.89% |
| Area Subtotal: MANSARD | 47,435.35 | 3.26% |
| GENERAL | 225,571.50 | 15.48% |
| SUITE 4 | 25,969.63 | 1.78% |
| SUITE 6 | 2,718.00 | 0.19% |
| SUITE 12 | 7,204.51 | 0.49% |
| SUITE 15 | 12,384.00 | 0.85% |
| SUITE 16 | 10,606.37 | 0.73% |
| Hallway | 7,067.37 | 0.49% |
| Exterior | 10,120.00 | 0.69% |
| Area Subtotal: BLDG 541 | 3,978.75 | 0.27% |
| **Area: SIGNS** | 761,061.74 | 52.23% |
| SIGNS-441 | | |
| SIGNS-541 | 2,008.50 | 0.14% |
| Area Subtotal: SIGNS | 2,008.50 | 0.14% |
| **Area: LANDSCAPING** | 4,017.00 | 0.28% |
| 441 | | |
| 541 | 5,745.00 | 0.39% |
| Area Subtotal: LANDSCAPING | 5,745.00 | 0.39% |
| Mold | 11,490.00 | 0.79% |
| Subtotal of Areas | 14,065.50 | 0.97% |
| Base Service Charges | 1,455,436.24 | 99.89% |
| **Total** | 1,654.89 | 0.11% |
| | **1,457,091.13** | **100.00%** |

441-541-SHOOSTER

### Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

## Recap By Category

### O&P Items

| CABINETRY | Total Dollars | % |
|---|---|---|
| CLEANING | 8,883.60 | 0.41% |
| GENERAL DEMOLITION | 28,660.13 | 1.34% |
| DOORS | 122,669.56 | 5.72% |
| ELECTRICAL | 9,243.54 | 0.43% |
| ELECTRICAL - SPECIAL SYSTEMS | 5,654.40 | 0.26% |
| MISC. EQUIPMENT - COMMERCIAL | 80.00 | 0.00% |
| HEAVY EQUIPMENT | 2,142.82 | 0.10% |
| FRAMING & ROUGH CARPENTRY | 9,000.00 | 0.42% |
| HEAT, VENT & AIR CONDITIONING | 108,123.51 | 5.04% |
| LABOR ONLY | 13,319.26 | 0.62% |
| LIGHT FIXTURES | 24,878.25 | 1.16% |
| PAINTING | 3,657.48 | 0.17% |
| ROOFING | 21,844.00 | 1.02% |
| SCAFFOLDING | 800,791.51 | 37.35% |
| SOFFIT, FASCIA, & GUTTER | 13,785.55 | 0.64% |
| TEMPORARY REPAIRS | 31,558.12 | 1.47% |
| WINDOWS - ALUMINUM | 11,180.00 | 0.52% |
| WINDOWS - SKYLIGHTS | 869.20 | 0.04% |
| Subtotal | 285.68 | 0.01% |
| Base Service Charges | 1,216,626.61 | 56.74% |
| Material Sales Tax | 1,654.89 | 0.08% |
| Overhead          @   6.500% | 14,536.30 | 0.68% |
| Profit            @   20.00% | 245,467.55 | 11.45% |
| O&P Items Subtotal @   29.00% | 427,113.54 | 19.92% |

*(handwritten: c/o, 10%, 100%)*

### Non-O&P Items

| | 1,905,398.89 | 88.86% |
|---|---|---|
| GENERAL DEMOLITION | Total Dollars | % |
| ELECTRICAL | 7,957.50 | 0.37% |
| MISC. EQUIPMENT - AGRICULTURAL | 2,759.90 | 0.13% |
| MISC. EQUIPMENT - COMMERCIAL | 11,490.00 | 0.54% |
| HEAVY EQUIPMENT | 4,017.00 | 0.19% |
| LABOR ONLY | 222.73 | 0.01% |
| ROOFING | 25,222.00 | 1.18% |
| WATER EXTRACTION & REMEDIATION | 173,075.00 | 8.07% |
| Non-O&P Items Subtotal | 14,065.50 | 0.66% |
| | 238,809.63 | 11.14% |

441-541-SHOOSTER

## Tropic Shield Construction

2520 North Powerline Road Suite #301
Pompano Beach FL 33069
(954) 731-5553 Fax:(954) 731-8598
Lic# CRC057756

| O&P Items Subtotal | | |
|---|---|---|
| Grand Total | 1,905,398.89 | 88.86% |
| | 2,144,208.52 | |

441-541-SHOOSTER

# SWORN STATEMENT IN PROOF OF LOSS

$ _2,702,000_

**AMOUNT OF POLICY AT TIME OF LOSS**

_10/05/2005_   _10/05/2006_

**DATE ISSUED**   **DATE EXPIRES**

_Q49 543357_

**POLICY NUMBER**

**AGENT**

To the _Allstate Insurance Company_
of ___
At the time of loss, by the above indicated policy of insurance you insured _767 Building, LLC C/O_ _Michael Shooster_
against loss by _Wind_ to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

**1. Time and Origin:** A _Hurricane_ loss occurred about the hour of _12_ o'clock _A_ M on the _24_ day of _October_, 20 _05_. The cause and origin of the said loss were: _Hurricane_

**2. Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever: _Commercial Business_

**3. Title and Interest:** At the time of the loss the interest of your insured in the property described herein was _767 Building, LLC, C/O Michael Shooster_ No other person or persons had any interest therein or encumbrance thereon, except: _Kansas City Life Ins. C/O Thomas J. Wood & Co._

**4. Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described, except: _N/A_

**5. Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ _2,702,000_ as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was...............................$ _2,702,000_
7. The Whole Loss and Damage was ........................................................................$ _840,694.36_
8. Less Amount of Deductible ..................................................................................$ _8,000.00_
9. The Amount Claimed under the above numbered policy is.......................................$ _840,694.36_

✱ Amount subject to change pending further investigation ✱

The said loss did not originate by any act, design, or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

**Florida Statute – 817.234**
**False and fraudulent insurance claims**
" Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree."

SIGNATURE: _President_

SIGNATURE: _Managing Member_

_FL Lic 236-557-55-122-0_

NOTARIZATION: State of _Florida_ ; County of _Broward_ ; SS

On this _11_ day of _Sept_, 20 _09_, before me appeared ___

_✓ 10/11/09 5PM_

who is known to be the person(s) named herein and who voluntarily executed this release.

**Notary Signature**

GRACE H. HOLLIDAY
Commission # DD 501595
EXPIRES: January 17, 2010
1-800-3-NOTARY   FL Notary Discount Assoc. Co.

Form 2150F
© 2003 Nationwide Publishing Company, Inc.

Shooster348

**EXHIBIT**
"D"

# SWORN STATEMENT IN PROOF OF LOSS

$ 4,107,000
AMOUNT OF POLICY AT TIME OF LOSS

10/05/05
INCEPTION DATE

10/05/06
EXPIRATION DATE

049543356
POLICY NUMBER

3732189869
CLAIM NUMBER

AGENT

At time of loss, by the above indicated policy of insurance you insured __441 & 541 Bldg. LLC c/o Michael Shooster__ by __Wind__ to the property described under Schedule "A" accordingly to the terms and conditions against loss of the said policy and all forms, endorsements, transfers and assignments attached thereto.

**1. Time and Origin:** A __Hurricane__ loss occurred about the hour of __12__ o'clock __A__ M. on the __24__ day of __October__ 20 __05__. STATE KIND The cause and origin of the said loss were: __Hurricane__

**2. Occupancy:** The building described or containing the property described was occupied at the time fo the loss as follows and for no other purpose whatever: __Commercial Business__

**3. Title and interest:** At the time of the loss the interest of your insured in the property described herein was __441 & 541 Bldg LLC c/o Michael__ and no other person or persons had any interest herein or encumbrance thereon, except: __Kansas City Life Ins. c/o Thomas N. Wood & Co__

**4. Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described, except: __N/A__

**5. Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ ____ as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The **Actual Cash Value** of said property at the time of the loss was.................................................$ __4,107,000__
7. The **Whole Loss and Damages** was .................................................................................................$ __2,144,208.52__
8. **Less Amount of Deductible**.............................................................................................................$ __5,200__
9. The **Amount Claimed** under the above numbered policy is.............................................................$ __2,139,208.52__

__*Amounts are subject to change pending additional information is provided__ The said loss did not originate by any act, design or procurement on the part of your insured or this affiant. Any other information that may be required will be furnished and considered a part of this proof.

In consideration of any payment made pursuant to this proof of the undersigned hereby assigns and transfers to the Company named above and agrees that said Company is subrogated to each and all claims and demands against any persons, firms or corporation arising from or connected with such loss or damage to the extent of the amount of such payment. The undersigned agrees he will assist the Company in the prosecution of such claims and will execute any and all papers necessary in effecting recovery.

The Furnishing of this blank or preparation of proofs by a representative of the above insurance company is not a waiver of any rights.

_____
SIGNATURE OF INSURED

__PRESIDENT 777 PROPERTIES INC MANAGING MEMBER__
SIGNATURE OF INSURED

On this __3rd__ day of __Nov__, 200 __9__, before me personally appeared __Michael Shooster__ to me known to be the person(s) named herein, and who executed the foregoing instrument and __he__ acknowledge that __he__ voluntarily executed the same.

_Janet M. Krumm_
NOTARY SIGNATURE

DATE COMMISSION EXPIRES

JANET M. KRUMM
MY COMMISSION # DD 742597
EXPIRES: January 7, 2012
Bonded Thru Budget Notary Services

**EXHIBIT**
"E"

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

767 BUILDING, LLC and 441 & 541 BUILDING, LLC,

**(b)** County of Residence of First Listed Plaintiff **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kelly L. Kubiak, Esquire, Merlin Law Group
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
813-229-1000

## DEFENDANTS

ALLSTATE INSURANCE COMPANY

County of Residence of First Listed Defendant **COOK**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

Stephanie H. Luongo, Esquire, Powers, McNalis, Torres & Teebagy
P.O. Box 21289, West Palm Beach, FL 33416-1289

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☑ 4 Diversity
(Indicate Citizenship of Parties in Item III)

*10 CV 60007 CMA/STB*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO

JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. 1332 and 28 U.S.C. 1446

LENGTH OF TRIAL via **14** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** In excess of $15,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
*Stephanie N. Luongo*

DATE January 4, 2010

FOR OFFICE USE ONLY

AMOUNT **350**   RECEIPT # **726741**   IFP